UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CIVIL ACTION NO. 10-570-C**

**RITA WHITE,** **PLAINTIFF,**

**V.** **JUDGMENT**

**HUMANA INSURANCE COMPANY, ET AL.,** **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

The court having granted Humana Insurance Company's motion for summary judgment,

**IT IS ORDERED** that judgment is entered in favor of Humana Insurance Company and against Rita White.

**IT IS FURTHER ORDERED** that the Clerk is directed to **CLOSE** and **STRIKE** this matter from the active docket.

This is a final judgment, and there is no just cause for delay in its entry.

Signed on August 23, 2011

*Jennifer B. Coffman*

Jennifer B. Coffman, Judge
United States District Court